Case 4:24-cv-04236   Document 12   Filed on 06/06/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 09, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JULIUS LAMUNN NORTH | § § § | |
| VS | § § | CIVIL ACTION NO. H-24-4236 |
| MERSCORP HOLDINGS, INC. | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above referenced proceeding is Defendant's Motion to Dismiss Complaint (Doc. No. 6), and Judge Bray's Memorandum and Recommendation (Doc. No. 8) that the Court grant the Defendant's Motion to dismiss. Plaintiff timely filed Objections (Doc. No. 9) to which Defendant responded in opposition (Doc. No. 10), and Plaintiff replied (Doc. No. 11).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation, and the objections thereto, and agrees with the Magistrate Judge's conclusion that Defendant's motion should be granted. Accordingly, it is hereby

**ORDERED** that Plaintiff Objections (Doc. No. 9) are **OVERRULED**; the Memorandum and Recommendation (Doc. No. 8) is **ADOPTED**; and Defendant's Motion to Dismiss Complaint (Doc. No. 6) **GRANTED**. It is further

**ORDERED** that Plaintiff's case against Merscorp Holdings, Inc. is **DISMISSED WITH PREJUDICE.**

Entry of this Order shall constitute entry of final judgment.

SIGNED on this _____6th_____ day of June 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE